UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VUTH NGUYEN, <br><br>                    Plaintiff, <br><br>         -against- <br><br> N/A CRIME, <br><br>                    Defendants. | 22-CV-10240 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the February 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 7, 2023
             New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge